IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JOHN STAPLETON
d/b/a STAPLETON TOWING                                                                PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 2:07CV193-P-A

COAHOMA COUNTY, MISSISSIPPI; AND
SHERIFF ANDREW THOMPSON, JR., IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY                                     DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court on the defendants' Motion for Summary Judgment [9]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Order entered contemporaneously herewith, the Court finds that the defendants' motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion for Summary Judgment [9] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this cause should be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own costs.

This, the 17th day of May, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE